HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN SAFETY COUNCIL, a Washington nonprofit corporation<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>RSA NETWORK, INC., a dba for Starfish Network, Inc., a Utah corporation,<br><br>Defendant/Counterclaim Plaintiff. | No. 2:09-cv-1643<br><br>**EVERGREEN SAFETY COUNCIL'S REPLY IN SUPPORT OF MOTION FOR COSTS AND FEES**<br><br>Noted for July 27, 2011 |

**EVERGREEN SAFETY COUNCIL'S REPLY IN SUPP. OF MOT FOR COSTS AND FEES**
333999.0074/5137071.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

Plaintiff Evergreen Safety Council (Evergreen) has moved for a discretionary award of costs and attorneys' fee on the ground that it is the prevailing party in this copyright case. Dkt. # 33 (invoking 17 U.S.C. § 505). Evergreen prevailed on a laches defense and the Court dismissed RSA Network's copyright claims in their entirety. Throughout this litigation, RSA Network's pleadings consciously ignored the parties' interactions that occurred over a decade ago and that involved the manual now at issue. The prejudicial effect of those interactions coupled with RSA's continuing assertion of objectively unreasonable claims for willful infringement and for an injunction warrant the imposition of fee and costs award against RSA.

A. The Circumstances of this Case Warrant An Award of Fees and Costs.

The three categories of nonexclusive factors strongly favor a § 505 fee award.

1. Evergreen has achieved complete success. Evergreen is the prevailing party as a result of the dismissal order. Dkt. # 31.

2. RSA's counterclaim for willful infringement and its renewed claim for a prospective injunction are objectively unreasonable, close to frivolous, and vexatious. In its pleadings, RSA ignores the two decisions previously cited to demonstrate that time-based defenses have supported fee awards in other cases. Dkt. # 33 at 8:3-12.[1] Instead, RSA relies upon a Ninth Circuit decision that has no precedential value and that is distinguishable from the instant case because there was no prima showing of good faith.[2] Specifically, the case is inapplicable here because 1999 letter between the parties and the acknowledgement of Sorenson in the first three editions are prima facie evidence of Evergreen's good faith in publishing its manual.

Despite having in hand the evidence demonstrating Evergreen's good faith, RSA prosecuted a time barred claim and intentionally withheld the evidence when it responded to

---

[1] Dkt. # 33 at 8:3-12 (citing *Bridgeport Music, Inc. v. Diamond, Ltd.*, 371 F.3d 883, 895-96 (6th Cir. 2004) (affirming fee award); *Ory v. McDonald*, 2003 U.S. Dist. Lexis 24383, 68 U.S.P.Q.2d (BNA) 1812 (C.D. Cal. Aug. 5, 2003), *aff'd*, 141 Fed. Appx. 581 (9th Cir. 2005).

[2] Dkt. # 37 at 3:7-9 & Ex. 1 to the pleading (citing and attaching *Winn v. Opryland Music Group, Inc.*, 22 Fed. Appx. 728 (9th Cir. 2001); Dkt. # 37 at 4:23-5:6 (citing *Metcalf v. Bochno*, 2000 Fed. Appx. 635, 641 (9th Cir. 2006)).

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

written discovery. RSA produced the smoking gun letter only after the deposition. RSA offers no explanation why it initially withheld the letter in response to written discovery. Dkt. # 34 at p. 2:2-6; *id.* at p. 2:16-20t (quoting Interrog. No. 10, RFP Nos. 9-10). RSA also fails to explain how it could claim willful infringement when its counsel had reviewed the letter sometime in 2010–before RSA filed its motion in 2011. Dkt. # 28, Dep. at 75:2-18 ("found an unopened envelope that had this letter inside but that was not opened until 2010" and had the letter "when we did the review and dissect of all these materials in preparation for this case"); *Id.* at 78:5-16. (he believed his counsel had a copy of it but did not produce it). The letter and Sorenson's testimony demonstrate that the prosecution of the willful infringement counterclaim was objectively unreasonable.[3] The assertion of RSA's claim remains objectively unreasonable, if not frivolous. *See Danjaq LLC v. Sony Corp.*, 263 F.3d 942, 956-58 (9th Cir. 2001) (affirming decision that willful infringement or deliberate piracy exception to laches was not satisfied).[4]

RSA also argues laches does not bar an prospective injunction. Dkt. # 37 at 12-15. Yet, the Ninth Circuit in *Danjaq* concluded "laches may **bar** prospective injunctive relief" where "the feared future infringements are identical to the alleged past infringements" and "stem[] from the same claimed original sin." 263 F.3d at 960 (bold added). Here, Evergreen's old manuals stem from the same claimed original sin and new editions of the manual will not contain any challenged content because the manuals will use photographs of models instead of diagrams. Therefore, there

[3] *Milton H. Green Archives, Inc. v. Julien's Auction House, LLC*, 2007 U.S. Dist. Lexis 96378 (C.D. Cal. Dec. 20, 2007) (granting defendant attorney's fees; "plaintiff's allegation that [defendant] willfully infringed was close to frivolous . . . 'willfully' means *with knowledge* that defendant's conduct constitutes copyright infringement." (italics in original)).There are additional factors like the letter and the failure to produce it that distinguish this case from the decisions cited by RSA. *See, e.g., Ets-Hokin v. Skyy Spirits, Inc.*, 323 F.3d 763, 766 (9th Cir. 2003) (affirming denial of attorneys fees to prevailing defendant under the abuse of discretion standard, when the only *Fogerty* factor favoring an award was the degree of success); *Brayton Purcell, LLP. V. Recordon & Recordon*, 487 F. Supp.2d 1124, 1130 (N.D. Cal. 2007) (affirming arbitration award *granting* plaintiff's copyright infringement damages and *fees* and costs *but denying motion for post-arbitration fees*); *id.* at 1130 (most of *Fogerty* factors favor defendant; no bad faith and not objectively baseless; plaintiff well compensated through arbitration award which included attorney's fees and costs).

[4] *Entm't. Research Group, Inc. v. Genesis Creative Group, Inc.*, 122 F.3d 1211, 1229 (9th Cir. 1997) (affirming appropriateness of fee award; ruling lack of evidence to support claims satisfied objectively unreasonableness standard).

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

can be no prospective infringement of RSA's diagrams. In summary, RSA's continuing conduct is objectively unreasonable, frivolous, and vexatious (or any one of these factors) and satisfies the first category of *Fogerty* factors which strongly favor a fee award against RSA.

3. <u>The considerations of compensation and deterrence favor an award</u>. As to the compensation factor, Evergreen's declaratory action did not seek damages but rather sought declaratory relief after receiving demands that threatened a suit. "When the prevailing party is the defendant, who by definition receives not a small award, but no award, the presumption in favor of awarding fees is very strong." *Milton H. Green Archives, Inc.*, 2007 U.S. Dist. Lexis 96378 *16 (citing *Assessment Tech. of WI LLC v. WIREdata, Inc.*, 361 F.3d 434, 437 (7th Cir. 2004)).[5]

Evidence Rule precludes the admission of settlement communications as evidence. RSA refers to "settlement discussions" and makes the conclusory assertion: "Thus, there was no delay." Dkt. # 37 at 2:9-17. This conclusory statement ("Thus, there was no delay") is a meritless ploy to invoke ER 408(b)'s use of settlement discussions to "negate a contention of undue delay." But Evergreen has made no affirmative claim for undue delay in RSA's assertion of the meritless counterclaim. Rather, that particular delay of almost one year provided RSA with the ample opportunity to avoid liability for the fees incurred in this case – had RSA decided to drop its claims based on its knowledge of the letter, the shared copy of the manual, and the Sorenson acknowledgements that formed the basis for a complete dismissal of RSA's claims.[6] In contrast,

---

[5] "[A]n award of fees may be necessary to enable the party possessing a meritorious . . . defense to press it to a successful conclusion rather then surrender it because the cost of vindication exceeds the private benefit to the party." *WIREdata*, Inc., 361 F.3d at 437. *Bridgeport Music, Inc*, 371 F.3d at 895-96 (stating "district court found it was objectively unreasonable for plaintiffs to have argued that the claims against Diamond Time were not time barred" and stating "district court inferred from the way the case was commenced and the fact that plaintiffs continued to prosecute this case . . . 'for the sole purpose of extracting a settlement based on the cost of litigating further.' . . . Although plaintiffs deny such motivation, the district court certainly had a basis to infer that the litigation was undertaken and prosecuted in a fashion that would multiply the fees and encourage nuisance settlement. We can find no clear error in this regard.").

[6] *Pythagoras Intellectual Holdings, LLC v. Stegall*, 2009 U.S. Dist. Lexis 97115, *10-11 (C.D. Cal. Oct. 5. 2009) (awarding fees against plaintiffs; need for compensation was strong where plaintiffs had numerous opportunities to withdraw their claims before they were dismissed, failed to produce information in discovery, and asserted frivolous claims).

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

the delay that Evergreen has affirmatively claimed was prejudicial consisted of the preceding decade during which witnesses died and moved, records were destroyed, and Evergreen sold over 15,000 manuals.

Evergreen's motion for fees is based in part on RSA's decision to ignore the red flags of laches and mootness that were raised in the answer to the RSA's counterclaim. Dkt. # 33 at 4:11-18. In response, RSA contends: "Evergreen argues that it has a limited inventory in its fourth edition but did not disclose to RSA the number of manuals it had. Evergreen later admitted that there were thousands of fourth edition manuals still unused." Dkt. # 37 at 2:17-20. This is an inaccurate statement regarding the sequence of events. Actually, on September 27, 2010, Evergreen informed RSA that it had in stock less than 4,000 manuals which it estimated the inventory would be depleted within eighteen months. *Attach. A,* emails, Sept. 27, 2010. These attached emails demonstrate that RSA's statement that Evergreen "did not disclose to RSA the number of manuals it had" (Dkt. # 37 at 2:18) is false. Six weeks after this disclosure, RSA filed the willful infringement counterclaim. Dkt. # 9. Evergreen's answer then confirmed "Evergreen has a limited inventory of the fourth edition and plans to publish a fifth edition. Sorenson's counsel was informed of these . . . facts before RSA filed its counterclaim." Dkt. # 11 at 2:16-18. Despite these red flags, RSA prosecuted a summary judgment motion for willful infringement and a prospective injunction. Those claims had no merit. *See Danjaq*, 263 F.3d at 956-58, 960 (denying willfulness and deliberate pirating exception to laches and denying a prospective injunction).

As to the deterrence consideration, the ten year delay caused financial prejudice to Evergreen. As a nonprofit, Evergreen's income tax returns are available for inspection at its offices. Like other nonprofits, its tax returns are posted on the internet.[7] Its return for 2009 shows

---

[7] [http://nccsdataweb.urban.org/PubApps/search.php.].

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

it sold 1,894 manuals that year.[8] The tax return also has the revenue and costs for its traffic safety programs in general. *Attach.* B (compiling extracts of earlier tax returns). As stated in Evergreen's dispositive pleading, over 16,000 students had attended Evergreen's PEVO program. Dkt. # 28 at 3:24-25. RSA noticed Evergreen's growth and sought to cripple a competitor and to free-ride on its economic success. RSA has also admitted that it made similar claims against agencies in other states and was considering actions against others. Dkt. # 28 Dep. at 141:7-142:8 (demands to North Carolina and Oklahoma); Dkt. # 21 at p. 7:1-22 (demands and alleged license agreement).

RSA's claims border on copyright misuse where a party attempts to extend copyright protection to public domain data.[9] As support for the reasonableness of its positions, RSA states "this Court found that . . . Evergreen's manual diagrams 'depict the same idea, with slight variations in expression and style.'" Dkt. # 37 at 7:3-6-16 (citing Dkt. # 31 at 3:22, 4:1). But the ruling (the "diagrams 'depict the same idea, with slight variations of expression of style") is consistent with restricted protection afforded to the diagrams depicting dangerous traffic situations – copyright protects only the expressions and not the idea.

Finally, RSA asserts "an unexpected award of fees would severely, negatively affect RSA and could put it out of business." Dkt. #37 at 9:8-13.[10] There is no evidentiary support for these conclusory assertions, and RSA earlier refused to produce its financial records.[11] In summary, the objectively unreasonable willful infringement claim circumstances of this case strongly support the imposition of costs, expenses, and fees against RSA.

---

[8] *Id.*

[9] *See WIREdata, Inc.*, 361 F.3d at 437.

[10] *Cf. MiTeck Holdings, Inc. v. Arce Eng'g*, 198 F.3d 840, 841, 843 (11th Cir. 1999) ("the district court should consider not whether the losing party can afford to pay the fees.").

[11] Dkt. # 28 at 15:16-16:2 & n. 82 ("RSA refused to produce 'transactional, bookkeeping, accounting, and financial records that indicate your revenue, expenses, and income from pilot/escort manuals, training and related services."

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

**B. The Amount of Costs, Expenses and Fees Is Reasonable.**

Evergreen has requested $6,110 in costs and expenses. RSA failed to dispute either the nature of the costs and expenses and or the dollar amount. If the court concludes there is entitlement, those amounts should be awarded.

RSA disputes the reasonableness of the $49,262 fee claim. Scott and Spellman's work was performed on a pro bono basis for a nonprofit corporation; the time was contemporaneously recorded. Only the time for these two persons was included. The hourly rates are those charged other clients and is consistent with market data.[12] Scott's hourly rate of $305 is reasonable. Ms. Scott is a fourth year associate who works in the area of copyright and trademark law. She is admitted to practice in both New York and Washington and her previous third-year associate rate has been deemed reasonable in other successful petitions requesting fees.[13]

RSA's pursuit of an unscheduled dispositive motion caused the acceleration, disruption, and inefficiencies in the response made by Evergreen's team such as the use of a draft transcript. RSA should bear the burden of those inefficiencies. Evergreen has applied a ten percent haircut as an adjustment to the lodestar to account for other inefficiencies. The time spent on the fee application and reconsideration motion are compensable.[14]

Respectfully submitted this 22th day of July, 2011.

LANE POWELL PC
By s/David C. Spellman
David C. Spellman, WSBA No. 15884
Tiffany Scott, WSBA No. 41740
Attorneys for Plaintiff

---

[12] *See Pelletz v. Weyerhaeuser Co.*, 592 F. Supp. 2d 1322, 1326-27 (W.D. Wash. 2009) (finding rates of $415-$660 per hour and $475-$760 reasonable for Seattle firms); *see also Sportsfragrance, Inc. v. Perfumer's Workshop Int'l, Ltd.*, 2009 U.S. Dist. LEXIS 60597, No. C09-177Z *5-6 (W.D. Wash. June 30, 2009) (finding rates of $205-375 per hour reasonable).

[13] *See Electric Mirror, LLC v. Janmar Lighting, Inc.*, 2:10-cv-00976-RSL (W.D. Wash. 2010), Dkt. # 34 and 40.

[14] *Anderson v. Dir., of Office* Workers Compensation Programs, 91 F.3d 1322, 1325 (9th Cir. 1996) (time for fee application recoverable).

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

UNITED STATES DISTRICT COURT

CERTIFICATE OF SERVICE

I, Julie Kelly, hereby make the following Declaration from personal knowledge:

On July 22, 2011, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/EFC system.

In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filings to the following attorney(s):

| | |
|---|---|
| Blake T. Ostler<br>Jeffrey Olsen<br>MacKey Price Thompson & Ostler,<br>57 West 200 South, Suite 350,<br>Salt Lake City, UT 84101-3663<br>supes00@gmail.com<br>jef_olsen@hotmail.com | John Whitaker, WSBA No. 28868<br>Whitaker Law Group<br>1218 Third Ave, Suite 1809<br>Seattle, Washington 98101<br>john@wlawgrp.com |

s/Julie Kelly
Julie Kelly

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

**ATTACHMENT A**

**Spellman, David**

---

**From:** Spellman, David
**Sent:** Monday, September 27, 2010 10:25 AM
**To:** 'Blake Ostler'
**Cc:** Jef Olsen
**Subject:** RE: ER 408

Evergreen has an inventory that it estimates will be depleted within the next eighteen months.

**Spellman, David**

**From:** Spellman, David
**Sent:** Monday, September 27, 2010 10:47 AM
**To:** 'Jef Olsen'; blake ostler
**Subject:** RE: ER 408

Less than 4,000

**ATTACHMENT B**

Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 | **2000**

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation), section 527, or section 4947(a)(1) nonexempt charitable trust

Department of the Treasury Internal Revenue Service

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

Open to Public Inspection

**A** For the 2000 calendar year, or tax year period beginning July 1, 2000, and ending June 30, 20 01

**B** Check if applicable: ☐ Change of address ☐ Change of name ☐ Initial return ☐ Final return ☐ Amended return

Please use IRS label or print or type. See Specific Instructions.

C Name of organization: Evergreen Safety Council

Number and street (or P.O. box if mail is not delivered to street address) | Room/suite: 401 Pontius Ave N

City or town, state or country, and ZIP code: Seattle, WA 98109-5423

**D** Employer identification number: 91 : 0599376

**E** Telephone number: (206) 382-4090

**F** Check ▶ ☐ if application pending

**G** Organization type (check only one) ▶ XX 501(c) ( 3 ) ◀ (insert no.) ☐ 527 or ☐ 4947(a)(1)

● *Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).*

Note: *H and I are not applicable to section 527 orgs.*

H(a) Is this a group return for affiliates? ☐ Yes XX No

H(b) If "Yes," enter number of affiliates ▶

H(c) Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See Inst.)

H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes XX No

I Enter 4-digit group exemption no. (GEN) ▶

**J** Accounting method: ☐ Cash XX Accrual ☐ Other (specify) ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. **Some states require a complete return.**

**L** Check this box if the organization is not required to attach Schedule B (Form 990 or 990-EZ) ▶ XX

**Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances** (See Specific Instructions on page 16.)

| | Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|---|
| Revenue | 1 | Contributions, gifts, grants, and similar amounts received: | | | | | |
| | a | Direct public support | | 1a | 315 | | |
| | b | Indirect public support | | 1b | | | |
| | c | Government contributions (grants) | | 1c | | | |
| | d | Total (add lines 1a through 1c) (cash $ ______ noncash $ ______ ) | | | | 1d | 315 |
| | 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | | 2 | 1,631,691 |
| | 3 | Membership dues and assessments | | | | 3 | 62,676 |
| | 4 | Interest on savings and temporary cash investments | | | | 4 | 30,416 |
| | 5 | Dividends and interest from securities | | | | 5 | |
| | 6a | Gross rents | | 6a | | | |
| | b | Less: rental expenses | | 6b | | | |
| | c | Net rental income or (loss) (subtract line 6b from line 6a) | | | | 6c | |
| | 7 | Other investment income (describe ▶ ) | | | | 7 | |
| | | | (A) Securities | | (B) Other | | |
| | 8a | Gross amount from sales of assets other than inventory | | 8a | 6,199 | | |
| | b | Less: cost or other basis and sales expenses | | 8b | 6,299 | | |
| | c | Gain or (loss) (attach schedule) | | 8c | ⟨100⟩ | | |
| | d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | | 8d | ⟨100⟩ |
| | 9 | Special events and activities (attach schedule) | | | | | |
| | a | Gross revenue (not including $ ______ of contributions reported on line 1a) | | 9a | | | |
| | b | Less: direct expenses other than fundraising expenses | | 9b | | | |
| | c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | | 9c | |
| | 10a | Gross sales of inventory, less returns and allowances | | 10a | 51,698 | | |
| | b | Less: cost of goods sold | | 10b | 42,076 | | |
| | c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | | 10c | 9,622 |
| | 11 | Other revenue (from Part VII, line 103) | | | | 11 | 1,088 |
| | 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | | 12 | 1,735,708 |
| Expenses | 13 | Program services (from line 44, column (B)) | | | | 13 | 1,167,371 |
| | 14 | Management and general (from line 44, column (C)) | | | | 14 | 560,736 |
| | 15 | Fundraising (from line 44, column (D)) | | | | 15 | |
| | 16 | Payments to affiliates (attach schedule) | | | | 16 | |
| | 17 | **Total expenses** (add lines 16 and 44, column (A)) | | | | 17 | 1,728,107 |
| Net Assets | 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | | | 18 | 7,601 |
| | 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | | 19 | 639,187 |
| | 20 | Other changes in net assets or fund balances (attach explanation) | | | | 20 | ⟨358⟩ |
| | 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | | | 21 | 646,430 |

**For Paperwork Reduction Act Notice, see page 1 of the separate instructions.** Cat. No. 11282Y Form **990** (2000)

Form 990 (2000) Page 2

**Part II Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions on page 20.)

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) (cash $ ______ noncash $ ______) | 22 | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 Compensation of officers, directors, etc. | 25 | 76,238 | | 76,238 | |
| 26 Other salaries and wages | 26 | 801,788 | 699,021 | 102,767 | |
| 27 Pension plan contributions | 27 | 11,259 | | 11,259 | |
| 28 Other employee benefits | 28 | 41,805 | 28,271 | 13,534 | |
| 29 Payroll taxes | 29 | 41,068 | 29,383 | 11,685 | |
| 30 ~~Professional fundraising fees~~ Bad Debt | 30 | 656 | | 656 | |
| 31 ~~Accounting fees~~ Professional Fees | 31 | 9,794 | | 9,794 | |
| 32 ~~Legal fees~~ Insurance | 32 | 44,423 | 32,803 | 11,620 | |
| 33 Supplies | 33 | 338,522 | 320,591 | 17,931 | |
| 34 Telephone | 34 | 17,960 | | 17,960 | |
| 35 Postage and shipping | 35 | 51,528 | 18,587 | 42,941 | |
| 36 Occupancy | 36 | 89,632 | 10,702 | 78,930 | |
| 37 Equipment rental and maintenance | 37 | 16,557 | | 16,557 | |
| 38 Printing and publications | 38 | 76,368 | 28,934 | 47,434 | |
| 39 Travel | 39 | 5,047 | 2,866 | 2,181 | |
| 40 Conferences, conventions, and meetings | 40 | 13,457 | | 13,457 | |
| 41 Interest | 41 | 4,074 | | 4,074 | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 35,290 | | 35,290 | |
| 43 Other expenses (itemize): a Taxes | 43a | 24,311 | | 24,311 | |
| b Misdellaneous | 43b | 12,642 | 6,213 | 16,429 | |
| c Meals | 43c | 4,145 | | 4,145 | |
| d Bank Charges & Fees | 43d | 11,543 | | 11,543 | |
| e | 43e | | | | |
| 44 **Total functional expenses** (add lines 22 through 43). *Organizations completing columns (B)-(D), carry these totals to lines 13—15* | 44 | 1,728,107 | 1,167,371 | 560,736 | |

**Reporting of Joint Costs.** Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $______; (ii) the amount allocated to Program services $______; (iii) the amount allocated to Management and general $ ______; and (iv) the amount allocated to Fundraising $

**Part III Statement of Program Service Accomplishments** (See Specific Instructions on page 23.)

What is the organization's primary exempt purpose? ▶ Safety Trainngn

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

| | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| a Traffic & Highway Education - Safe driving classes & self instruction & instructor training, Traffic Awareness Clinic for juveniles, SAIFer driver program in Oregon, Pilot Escort Vehicle Operator training (Grants and allocations $ ) | 132,924 |
| b Industrial Safety & Health - First Aid/CPR instructor training, Lift Truck/Mobile Equipment instructor class, Flagger & Traffic Control Supervisor instructor training, safety compliance with OSHA & WISHA (Grants and allocations $ ) | 625,668 |
| c Motorcycle Safety - Motorcycle Safety Foundation with the State of Washington Dept. of Licensing sponsored program, Sidecar/Trike Motorcycle safety nationwide (Grants and allocations $ ) | 379,593 |
| d Membership/Chapter Sales - Sale of Safety Products through the National Safety Council at discounted rate. Serving around 300 companies in Washington & Oregon with discounts on classes and products with various companies (Grants and allocations $ ) | 29,186 |
| e Other program services (attach schedule) (Grants and allocations $ ) | |
| f **Total of Program Service Expenses** (should equal line 44, column (B), Program services) ▶ | 1,167,371 |

Form 990 (2000)

Form **990**

Department of the Treasury Internal Revenue Service

# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)**

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2001**

Open to Public Inspection

**A** For the 2001 calendar year, or tax year beginning July 1, 2001, and ending June 30, 2002

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return
- ☐ Amended return
- ☐ Application pending

24814 ***********AUTO**5-DIGIT 98109
EVERGREEN SAFETY COUNCIL P 39 I
401 PONTIUS AVE N R
SEATTLE WA 98109-5423 B 27 S

**D** Employer identification number: 91 0599376

**E** Telephone number: (206) 382-4090

**F** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**H and I are not applicable to section 527 organizations.**

H(a) Is this a group return for affiliates? ☐ Yes ☒ No

H(b) If "Yes," enter number of affiliates ▶

H(c) Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)

H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☐ No

**G** Web site: ▶ www.esc.org

**J** Organization type (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**I** Enter 4-digit GEN ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**M** Check ▶ ☐ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See Specific Instructions on page 16.)

**Revenue**

| Line | Description | Sub-line | (A) Securities | (B) Other / Amount | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | | | | |
| a | Direct public support | 1a | | | | |
| b | Indirect public support | 1b | | | | |
| c | Government contributions (grants) | 1c | | | | |
| d | **Total** (add lines 1a through 1c) (cash $ ____ noncash $ ____ ) | | | | 1d | |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | | 2 | 1,391,555 |
| 3 | Membership dues and assessments | | | | 3 | 78,284 |
| 4 | Interest on savings and temporary cash investments | | | | 4 | 29,813 |
| 5 | Dividends and interest from securities | | | | 5 | |
| 6a | Gross rents | 6a | | NA | | |
| b | Less: rental expenses | 6b | | NA | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | | | 6c | NA |
| 7 | Other investment income (describe ▶ ) | | | | 7 | NA |
| 8a | Gross amount from sales of assets other than inventory | 8a | | 8,300 | | |
| b | Less: cost or other basis and sales expenses | 8b | | 4,267 | | |
| c | Gain or (loss) (attach schedule) | 8c | | 4,033 | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | | 8d | 4,033 |
| 9 | Special events and activities (attach schedule) | | | | | |
| a | Gross revenue (not including $ ____ of contributions reported on line 1a) | 9a | | NA | | |
| b | Less: direct expenses other than fundraising expenses | 9b | | NA | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | | 9c | NA |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | 245,092 | | |
| b | Less: cost of goods sold | 10b | | 155,296 | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | | 10c | 89,796 |
| 11 | Other revenue (from Part VII, line 103) | | | | 11 | 8,239 |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | | 12 | 1,601,720 |

**Expenses**

| Line | Description | Line | Amount |
|---|---|---|---|
| 13 | Program services (from line 44, column (B)) | 13 | 906,714 |
| 14 | Management and general (from line 44, column (C)) | 14 | 600,406 |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 17 | 1,507,120 |

**Net Assets**

| Line | Description | Line | Amount |
|---|---|---|---|
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 94,600 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 646,430 |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | 13,426 |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 754,456 |

**For Paperwork Reduction Act Notice, see the separate instructions.** Cat. No. 11282Y Form **990** (2001)

**Part II Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions on page 21.)

| | *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) (cash $ ______ noncash $ ______) | 22 | | | | |
| 23 | Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 | Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 | Compensation of officers, directors, etc. | 25 | 110,321 | | 110,321 | |
| 26 | Other salaries and wages | 26 | 769,670 | 694,614 | 75,056 | |
| 27 | Pension plan contributions | 27 | 10,926 | | 10,926 | |
| 28 | Other employee benefits | 28 | 50,323 | 34,065 | 16,258 | |
| 29 | Payroll taxes | 29 | 54,189 | 32,593 | 21,596 | |
| 30 | Bad Debt | 30 | 6,893 | | 6,893 | |
| 31 | Professional fees | 31 | 9,407 | | 9,407 | |
| 32 | Insurance | 32 | 33,415 | 22,844 | 10,571 | |
| 33 | Supplies | 33 | 93,871 | 72,965 | 20,906 | |
| 34 | Telephone | 34 | 16,832 | | 16,832 | |
| 35 | Postage and shipping | 35 | 43,087 | 9,796 | 33,291 | |
| 36 | Occupancy | 36 | 100,402 | 7,555 | 92,847 | |
| 37 | Equipment rental and maintenance | 37 | 30,610 | | 30,610 | |
| 38 | Printing and publications | 38 | 63,693 | 13,046 | 50,647 | |
| 39 | Travel | 39 | 6,485 | 2,755 | 3,730 | |
| 40 | Conferences, conventions, and meetings | 40 | 2,859 | | 2,859 | |
| 41 | Interest | 41 | 2,799 | | 2,799 | |
| 42 | Depreciation, depletion, etc. (attach schedule) | 42 | 37,707 | | 37,707 | |
| 43 | Other expenses not covered above (itemize): a Taxes | 43a | 22,695 | | 22,695 | |
| | b Miscellaneous | 43b | 24,849 | 16,481 | 8,368 | |
| | c Meals | 43c | 4,805 | | 4,805 | |
| | d Bank charges & fees | 43d | 10,994 | | 10,994 | |
| | e Scholarships | 43e | 288 | | 288 | |
| 44 | **Total functional expenses** (add lines 22 through 43). *Organizations completing columns (B)-(D), carry these totals to lines 13–15* | 44 | 1,507,120 | 906,714 | 600,406 | |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $______; (ii) the amount allocated to Program services $______; (iii) the amount allocated to Management and general $______; and (iv) the amount allocated to Fundraising $______

**Part III Statement of Program Service Accomplishments** (See Specific Instructions on page 24.)

What is the organization's primary exempt purpose? ▶ Safety Training

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

| | | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|---|
| a | Traffic & Highway Education - Safe Driving classes in WA & OR. Pilot Escort Vehicle Operator training - Instructor Certifications for Flaggers & Traffic Control Supervisors in WA and OR (Grants and allocations $ ) | 236,432 |
| b | Industrial Safety & Health - First Aid/CPR Instructor Certification, Lift Truck/Mobile Equipment Instructor certification, Safety & Health Specialist certification, Health & safety Technician certification Safety Compliance with OSHA (Grants and allocations $ ) | 344,791 |
| c | Motorcycle Safety - Motorcycle Safety Foundation with the Sate of WA Dept. of Licensing sponsored program, Experienced Motorcycle Rider & Sidecar/Trike Motorcycle Safety Nationwide (Grants and allocations $ ) | 285,762 |
| d | Membership & Public Service - Serving 300 companies in WA & OR with discounts on classes & products. Traffic Awareness Clinic for juvenilles working with the King County Superior Court (Grants and allocations $ ) | 39,729 |
| e | Other program services (attach schedule) (Grants and allocations $ ) | |
| f | **Total of Program Service Expenses** (should equal line 44, column (B), Program services) ▶ | 906,714 |

Form **990** — Return of Organization Exempt From Income Tax — OMB No. 1545-0047 — **2002** — Open to Public Inspection

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

Department of the Treasury Internal Revenue Service

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

**A** For the 2002 calendar year, or tax year beginning July 1, 2002, and ending June 30, 20 03

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return
- ☒ Amended return
- ☐ Application pending

IRS label:
*******************5-DIGIT 98109
29 IB LT 91-0599376 200306
EVERGREEN SAFETY COUNCIL
401 PONTIUS AVE N
SEATTLE WA 98109-5423 P-68 P70

**D** Employer identification number: 91-0599376

**E** Telephone number: (206) 382-4090

**F** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**H and I are not applicable to section 527 organizations.**
- H(a) Is this a group return for affiliates? ☐ Yes ☒ No
- H(b) If "Yes," enter number of affiliates ▶
- H(c) Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)
- H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**G** Web site: ▶ www.esc.org

**J** Organization type (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**I** Enter 4-digit GEN ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**M** Check ▶ ☒ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 1,809,732

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 17 of the instructions.)

**Revenue**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | | | |
| a | Direct public support | 1a | na | | |
| b | Indirect public support | 1b | na | | |
| c | Government contributions (grants) | 1c | na | | |
| d | Total (add lines 1a through 1c) (cash $ ____ noncash $ ____ ) | | | 1d | na |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | 1,382,629 |
| 3 | Membership dues and assessments | | | 3 | 69,688 |
| 4 | Interest on savings and temporary cash investments | | | 4 | 25,612 |
| 5 | Dividends and interest from securities | | | 5 | 0 |
| 6a | Gross rents | 6a | na | | |
| b | Less: rental expenses | 6b | na | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | | 6c | na |
| 7 | Other investment income (describe ▶ ) | | | 7 | na |

| Line | Description | (A) Securities | Sub-line | (B) Other | Line | Amount |
|---|---|---|---|---|---|---|
| 8a | Gross amount from sales of assets other than inventory | | 8a | na | | |
| b | Less: cost or other basis and sales expenses | | 8b | na | | |
| c | Gain or (loss) (attach schedule) | | 8c | na | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | | 8d | na |

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 9 | Special events and activities (attach schedule) | | | | |
| a | Gross revenue (not including $ ____ of contributions reported on line 1a) | 9a | na | | |
| b | Less: direct expenses other than fundraising expenses | 9b | na | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | 9c | na |
| 10a | Gross sales of inventory, less returns and allowances | 10a | 323,143 | | |
| b | Less: cost of goods sold | 10b | 127,733 | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | 10c | 195,410 |
| 11 | Other revenue (from Part VII, line 103) | | | 11 | 8,660 |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | 12 | 1,681,999 |

**Expenses**

| Line | Description | Line | Amount |
|---|---|---|---|
| 13 | Program services (from line 44, column (B)) | 13 | 993,146 |
| 14 | Management and general (from line 44, column (C)) | 14 | 590,826 |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 17 | 1,583,972 |

**Net Assets**

| Line | Description | Line | Amount |
|---|---|---|---|
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 98,027 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 754,456 |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | 31,226 |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 883,709 |

**For Paperwork Reduction Act Notice, see the separate instructions.** Cat. No. 11282Y Form **990** (2002)

Mailed 11-05

Form 990 (2002) Page 2

**Part II Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See page 21 of the instructions.)

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) (cash $ ______ noncash $ ______) | 22 | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 Compensation of officers, directors, etc. | 25 | 96,163 | | 96,163 | |
| 26 Other salaries and wages | 26 | 827,576 | 725,198 | 102,378 | |
| 27 Pension plan contributions | 27 | 8,748 | | 8,748 | |
| 28 Other employee benefits | 28 | 52,560 | 40,362 | 12,198 | |
| 29 Payroll taxes | 29 | 56,485 | 36,981 | 19,504 | |
| 30 Professional fundraising fees . Bad Debt | 30 | 576 | | 576 | |
| 31 Accounting fees . Professional | 31 | 25,465 | | 25,465 | |
| 32 Legal fees . . Insurance | 32 | 37,053 | 28,623 | 8,430 | |
| 33 Supplies | 33 | 160,883 | 141,145 | 19,738 | |
| 34 Telephone | 34 | 15,263 | | 15,263 | |
| 35 Postage and shipping | 35 | 36,332 | 5,736 | 30,596 | |
| 36 Occupancy | 36 | 102,455 | 7,223 | 95,232 | |
| 37 Equipment rental and maintenance | 37 | 15,277 | | 15,277 | |
| 38 Printing and publications | 38 | 41,898 | (2,875) | 44,773 | |
| 39 Travel | 39 | 3,106 | 1,210 | 1,896 | |
| 40 Conferences, conventions, and meetings | 40 | 3,468 | | 3,468 | |
| 41 Interest | 41 | 1,526 | | 1,526 | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 38,519 | | 38,519 | |
| 43 Other expenses not covered above (itemize): a Taxes | 43a | 23,401 | | 23,401 | |
| b Miscellaneous | 43b | 16,398 | 9,543 | 6,855 | |
| c Meals | 43c | 4,424 | | 4,424 | |
| d Bank charges & fees | 43d | 15,906 | | 15,906 | |
| e Scholarships | 43e | 490 | | 490 | |
| 44 **Total functional expenses** (add lines 22 through 43). *Organizations completing columns (B)-(D), carry these totals to lines 13—15* | 44 | 1,583,972 | 993,146 | 590,826 | |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.
Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ▶ ☐ Yes ☐ No
If "Yes," enter (i) the aggregate amount of these joint costs $______; (ii) the amount allocated to Program services $______; (iii) the amount allocated to Management and general $______; and (iv) the amount allocated to Fundraising $______

**Part III Statement of Program Service Accomplishments** (See page 24 of the instructions.)

What is the organization's primary exempt purpose? ▶ Safety training & education

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

| | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| a Traffic & Highway Education - Safe Driving classes in WA & OR, Pilot/Escort Vehicle Operator training - Instructor Certifications for Flaggers & Traffic Control Supervisors for WA & OR (Grants and allocations $ ) | 225,945 |
| b Industrial Safety & Health - First Aid/CPR Instructor Certification Lift Truck/Mobile Equipment Instructor certification, Safety & Health Specialist Certification, Health & Safety Technician Certification Safety compliance with OSHA (Grants and allocations $ ) | 331,526 |
| c Motorcycle Safety - Working with Motorcycle Safety Foundation of WA Dept of Licensing for basic motorcycle training. Also provide training in experienced rider & Sidecar/Trike motorcycle safety nationwide. (Grants and allocations $ ) | 395,878 |
| d Membership & Public Service - Serving approximately 300 companies in WA OR, ID & AK with discounts on classes & products. Traffic Awareness Clinic for juveniles receiving tickets from King County Superior Court (Grants and allocations $ ) | 39,797 |
| e Other program services (attach schedule) (Grants and allocations $ ) | |
| f **Total of Program Service Expenses** (should equal line 44, column (B), Program services) ▶ | 993,146 |

Form 990 (2002)

Form **990** Department of the Treasury Internal Revenue Service

# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)**

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047 **2003** Open to Public Inspection

**A For the 2003 calendar year, or tax year beginning** July 1, 2003, and ending June 30, 20 04

**B** Check if applicable: ☐ Address change ☐ Name change ☐ Initial return ☐ Final return ☒ Amended return ☐ Application pending

Please use IRS label or print or type. See Specific Instructions.

105426 ******AUTO**5-DIGIT 98109
EVERGREEN SAFETY COUNCIL
401 PONTIUS AVE N
SEATTLE WA 98109-5423

P 35 B 11 I R S

**D Employer identification number** 91 0599376

**E Telephone number** (206) 382-4090

**F** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

H and I are not applicable to section 527 organizations.

H(a) Is this a group return for affiliates? ☐ Yes ☒ No

H(b) If "Yes," enter number of affiliates ▶

H(c) Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)

H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**G Website: ▶** www.esc.org

**J Organization type** (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**I** Group Exemption Number ▶

**M** Check ▶ ☒ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 1,792,885

**Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances** (See page 18 of the instructions.)

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Revenue | 1 | Contributions, gifts, grants, and similar amounts received: | | | | |
| | a | Direct public support | 1a | NA | | |
| | b | Indirect public support | 1b | NA | | |
| | c | Government contributions (grants) | 1c | NA | | |
| | d | Total (add lines 1a through 1c) (cash $ ____ noncash $ NA ) | | | 1d | NA |
| | 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | 1,410,288 |
| | 3 | Membership dues and assessments | | | 3 | 69,558 |
| | 4 | Interest on savings and temporary cash investments | | | 4 | 20,978 |
| | 5 | Dividends and interest from securities | | | 5 | |
| | 6a | Gross rents | 6a | NA | | |
| | b | Less: rental expenses | 6b | NA | | |
| | c | Net rental income or (loss) (subtract line 6b from line 6a) | | | 6c | NA |
| | 7 | Other investment income (describe ▶ ) | | | 7 | NA |

| Line | Description | (A) Securities | Sub-line | (B) Other |
|---|---|---|---|---|
| 8a | Gross amount from sales of assets other than inventory | NA | 8a | NA |
| b | Less: cost or other basis and sales expenses | NA | 8b | NA |
| c | Gain or (loss) (attach schedule) | NA | 8c | NA |

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Revenue | d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | 8d | NA |
| | 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ ☐ | | | | |
| | a | Gross revenue (not including $ ____ of contributions reported on line 1a) | 9a | NA | | |
| | b | Less: direct expenses other than fundraising expenses | 9b | NA | | |
| | c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | 9c | NA |
| | 10a | Gross sales of inventory, less returns and allowances | 10a | 287,319 | | |
| | b | Less: cost of goods sold | 10b | 168,269 | | |
| | c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | 10c | 119,050 |
| | 11 | Other revenue (from Part VII, line 103) | | | 11 | 4,742 |
| | 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | 12 | 1,624,616 |
| Expenses | 13 | Program services (from line 44, column (B)) | | | 13 | 1,037,000 |
| | 14 | Management and general (from line 44, column (C)) | | | 14 | 750,412 |
| | 15 | Fundraising (from line 44, column (D)) | | | 15 | |
| | 16 | Payments to affiliates (attach schedule) | | | 16 | |
| | 17 | **Total expenses** (add lines 16 and 44, column (A)) | | | 17 | 1,787,412 |
| Net Assets | 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | | | 18 | ⟨162,796⟩ |
| | 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19 | 883,709 |
| | 20 | Other changes in net assets or fund balances (attach explanation) | | | 20 | ⟨23,637⟩ |
| | 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | | 21 | 697,276 |

Mailed 4-6-05

**For Paperwork Reduction Act Notice, see the separate instructions.** Cat. No. 11282Y Form **990** (2003)

**Part II Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See page 22 of the instructions.)

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) (cash $ ______ noncash $ ______) | 22 | 0 | 0 | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | 0 | 0 | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | 0 | 0 | | |
| 25 Compensation of officers, directors, etc. | 25 | 75,598 | | 75,598 | |
| 26 Other salaries and wages | 26 | 881,842 | 736,929 | 144,913 | |
| 27 Pension plan contributions | 27 | 8,149 | | 8,149 | |
| 28 Other employee benefits | 28 | 53,210 | 40,845 | 12,365 | |
| 29 Payroll taxes | 29 | 61,968 | 41,234 | 20,734 | |
| 30 Bad Debt | 30 | 2,403 | | 2,403 | |
| 31 Professional fees | 31 | 24,110 | | 24,110 | |
| 32 Insurance | 32 | 140,078 | 27,268 | 112,810 | |
| 33 Supplies | 33 | 119,428 | 101,569 | 17,859 | |
| 34 Telephone | 34 | 15,261 | | 15,261 | |
| 35 Postage and shipping | 35 | 37,620 | 7,521 | 30,099 | |
| 36 Occupancy | 36 | 141,846 | 33,505 | 108,341 | |
| 37 Equipment rental and maintenance | 37 | 16,511 | | 16,511 | |
| 38 Printing and publications | 38 | 82,999 | 32,144 | 50,855 | |
| 39 Travel | 39 | 6,715 | 3,858 | 2,857 | |
| 40 Conferences, conventions, and meetings | 40 | 13,039 | | 13,039 | |
| 41 Interest | 41 | 1,020 | | 1,020 | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 36,958 | | 36,958 | |
| 43 Other expenses not covered above (itemize): a Taxes | 43a | 25,449 | | 25,449 | |
| b Miscellaneous | 43b | 19,423 | 12,127 | 7,296 | |
| c Meals | 43c | 3,751 | | 3,751 | |
| d Bank charges & fees | 43d | 19,889 | | 19,889 | |
| e Scholarships | 43e | 145 | | 145 | |
| 44 Total functional expenses (add lines 22 through 43). Organizations completing columns (B)-(D), carry these totals to lines 13—15 | 44 | 1,787,412 | 1,037,000 | 750,412 | |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.
Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ▶ ☐ Yes ☒ No
If "Yes," enter (i) the aggregate amount of these joint costs $______; (ii) the amount allocated to Program services $______; (iii) the amount allocated to Management and general $______; and (iv) the amount allocated to Fundraising $______

**Part III Statement of Program Service Accomplishments** (See page 25 of the instructions.)

What is the organization's primary exempt purpose? ▶ Safety Training & Education

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

| | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| a Traffic & Highway Education - Safe Driving classes in WA & OR. Pilot Escort Vehicle Operator Training - Instructor Certification for Flaggers & Traffic Control Supervisors for WA & OR (Grants and allocations $ ) | 225,829 |
| b Industrial Safety & Health - First Aid/CPR & AED Instructor Certification Lift Truck Instructor Certification, Safety & Health Specialist Certification, Health & Safety Technician Certification, Safety compliance with OSHA (Grants and allocations $ ) | 316,808 |
| c Motorcyle Safety - Working with Motorcycle Safety Foundation of WA, Dept. of Licensing for basic motorcycle training. Also provide training to experienced riders & Sidecar/Trike Motorcycle Nationwide (Grants and allocations $ ) | 452,793 |
| d Membership & Public Service - Serving approximately 300 companies in WA, OR, ID & AK with discounts on classes & products. Traffic Awareness Clinic for juvenilles receiving tickets from King County Superior Court - Juvenile Div (Grants and allocations $ ) | 41,570 |
| e Other program services (attach schedule) (Grants and allocations $ ) | |
| f Total of Program Service Expenses (should equal line 44, column (B), Program services) ▶ | 1,037,000 |

Form **990**

# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)**

Department of the Treasury
Internal Revenue Service

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2004**

Open to Public Inspection

**A** For the 2004 calendar year, or tax year beginning July 1, 2004, and ending June 30, 2005

**B** Check if applicable:
☐ Address change
☐ Name change
☐ Initial return
☐ Final return
☐ Amended return
☐ Application pending

Please use IRS label or print or type. See Specific Instructions.

104888 ******AUTO**5-DIGIT 98109
EVERGREEN SAFETY COUNCIL
401 PONTIUS AVE N
SEATTLE WA 98109-5423

P 34 B 9 I R S

**D Employer identification number** 91 0599376

**E Telephone number** (206)382-4090

**F** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

*H and I are not applicable to section 527 organizations.*

**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No

**H(b)** If "Yes," enter number of affiliates ▶

**H(c)** Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)

**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**I** Group Exemption Number ▶

**G Website:** ▶ www.esc.org

**J Organization type** (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. **Some states require a complete return.**

**M** Check ▶ ☒ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 2,034,325

**Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances** (See page 18 of the instructions.)

**Revenue**

| Line | Description | (A) Securities | Sub-line | Sub-amount / (B) Other | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | | | | |
| a | Direct public support | | 1a | NA | | |
| b | Indirect public support | | 1b | NA | | |
| c | Government contributions (grants) | | 1c | NA | | |
| d | **Total** (add lines 1a through 1c) (cash $ NA noncash $ NA ) | | | | 1d | NA |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | | 2 | 1,613,138 |
| 3 | Membership dues and assessments | | | | 3 | 73,658 |
| 4 | Interest on savings and temporary cash investments | | | | 4 | 21,287 |
| 5 | Dividends and interest from securities | | | | 5 | NA |
| 6a | Gross rents | | 6a | NA | | |
| b | Less: rental expenses | | 6b | NA | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | | | 6c | NA |
| 7 | Other investment income (describe ▶ ) | | | | 7 | NA |
| 8a | Gross amount from sales of assets other than inventory | | 8a | 36,454 | | |
| b | Less: cost or other basis and sales expenses | | 8b | 35,848 | | |
| c | Gain or (loss) (attach schedule) | | 8c | 606 | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | | 8d | 606 |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ ☐ | | | | | |
| a | Gross revenue (not including $ ______ of contributions reported on line 1a) | | 9a | NA | | |
| b | Less: direct expenses other than fundraising expenses | | 9b | NA | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | | 9c | NA |
| 10a | Gross sales of inventory, less returns and allowances | | 10a | 282,255 | | |
| b | Less: cost of goods sold | | 10b | 134,922 | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | | 10c | 147,333 |
| 11 | Other revenue (from Part VII, line 103) | | | | 11 | 7,533 |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | | 12 | 1,863,555 |

**Expenses**

| Line | Description | Line | Amount |
|---|---|---|---|
| 13 | Program services (from line 44, column (B)) | 13 | 1,145,212 |
| 14 | Management and general (from line 44, column (C)) | 14 | 668,187 |
| 15 | Fundraising (from line 44, column (D)) | 15 | 0 |
| 16 | Payments to affiliates (attach schedule) | 16 | 0 |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 17 | 1,813,399 |

**Net Assets**

| Line | Description | Line | Amount |
|---|---|---|---|
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 50,156 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 697,276 |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | 18,772 |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 766,204 |

**For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.** Cat. No. 11282Y Form **990** (2004)

Form 990 (2004) Page **2**

**Part II Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See page 22 of the instructions.)

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) (cash $ ______ noncash $ ______) | 22 | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | 25 | 25 | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 Compensation of officers, directors, etc. | 25 | 65,516 | | 65,516 | |
| 26 Other salaries and wages | 26 | 961,442 | 806,191 | 155,251 | |
| 27 Pension plan contributions | 27 | 8,996 | | 8,996 | |
| 28 Other employee benefits | 28 | 61,560 | 42,176 | 19,384 | |
| 29 Payroll taxes | 29 | 62,074 | 43,581 | 18,493 | |
| 30 ~~Professional fundraising fees~~ Bad Debt | 30 | 438 | | 438 | |
| 31 XXXXXXXXXXX. Professional Fees | 31 | 23,256 | | 23,256 | |
| 32 XXXXXXXX. Insurance | 32 | 57,363 | 35,805 | 21,558 | |
| 33 Supplies | 33 | 143,814 | 115,465 | 28,349 | |
| 34 Telephone | 34 | 11,313 | | 11,313 | |
| 35 Postage and shipping | 35 | 43,304 | 10,371 | 32,933 | |
| 36 Occupancy | 36 | 131,440 | 33,634 | 97,806 | |
| 37 Equipment rental and maintenance | 37 | 14,619 | | 14,619 | |
| 38 Printing and publications | 38 | 108,753 | 53,607 | 55,146 | |
| 39 Travel | 39 | 5,154 | 2,396 | 2,758 | |
| 40 Conferences, conventions, and meetings | 40 | 14,958 | | 14,958 | |
| 41 Interest | 41 | 2,932 | | 2,932 | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 35,958 | | 35,958 | |
| 43 Other expenses not covered above (itemize): a Taxes | 43a | 28,246 | | 28,246 | |
| b Miscellaneous | 43b | 4,779 | 1,961 | 2,818 | |
| c Meals | 43c | 4,592 | | 4,592 | |
| d Bank Charges & fees | 43d | 22,867 | | 22,867 | |
| e | 43e | | | | |
| 44 **Total functional expenses** (add lines 22 through 43). *Organizations completing columns (B)-(D), carry these totals to lines 13—15* | 44 | 1,813,399 | 1,145,212 | 668,187 | |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ▶ ☐ Yes ☐ No

If "Yes," enter (i) the aggregate amount of these joint costs $______; (ii) the amount allocated to Program services $______; (iii) the amount allocated to Management and general $______; and (iv) the amount allocated to Fundraising $______

**Part III Statement of Program Service Accomplishments** (See page 25 of the instructions.)

What is the organization's primary exempt purpose? ▶ Safety Education

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

| | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| a Traffic & Highway Education - Safe Driving classes in WA & OR, Pilot Escort Vehicle Operator Training - Instructor Certification for Flagger & Traffic Control Supervisor for WA & OR (Grants and allocations $ ) | 298,761 |
| b Industrial Safety & Health - First Aid/CPR & AED Instructor Certification Lift Truck Instructor Certification, Safety & Health Specialist Certification, Health & Safety Technicial Certification, Safety Compliance with OSHA (Grants and allocations $ ) | 348,571 |
| c Motorcycle Safety - Working with Motorcycle Safety Foundation of WA Dept of Licensing for basic motorcycle training. Also provide training for experienced riders & Sidecar/Trike Motorcycle training nationwide. (Grants and allocations $ ) | 459,350 |
| d Membership & Public Service - Serving approximately 300 companies in WA, OR, ID & AK with discounts on classes & products. Traffic Awareness Clinic for juveniles receiving tickets from King County Superior Court Juvenile Division (Grants and allocations $ ) | 38,530 |
| e Other program services (attach schedule) (Grants and allocations $ ) | |
| f **Total of Program Service Expenses** (should equal line 44, column (B), Program services) ▶ | 1,145,212 |

Form **990** (2004)

Form **990** Department of the Treasury Internal Revenue Service

# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)**

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047 **2005** Open to Public Inspection

**A For the 2005 calendar year, or tax year beginning** July 1 , 2005, and ending June 30 , 2006

**B** Check if applicable: ☐ Address change ☐ Name change ☐ Initial return ☐ Final return ☐ Amended return ☐ Application pending

29 IB 200606 03 16 3 0000
EVERGREEN SAFETY COUNCIL
401 PONTIUS AVE N
SEATTLE WA 98109-5423

**D Employer identification number** 91-0599376

**E Telephone number** (206) 382-4090

**F** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

*H and I are not applicable to section 527 organizations.*

H(a) Is this a group return for affiliates? ☐ Yes ☒ No

H(b) If "Yes," enter number of affiliates ▶

H(c) Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)

H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**G Website:** ▶ www.esc.org

**J Organization type** (check only one) ▶ ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization chooses to file a return, be sure to file a complete return. Some states require a complete return.

I Group Exemption Number ▶

M Check ▶ ☐ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 1,875,783

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances *(See the instructions.)*

### Revenue

| Line | Description | (A) Securities | Sub | (B) Other / Amount | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | | | | |
| a | Direct public support | | 1a | NA | | |
| b | Indirect public support | | 1b | NA | | |
| c | Government contributions (grants) | | 1c | 520 | | |
| d | Total (add lines 1a through 1c) (cash $ ____ noncash $ NA ) | | | | 1d | 520 |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | | 2 | 1,421,887 |
| 3 | Membership dues and assessments | | | | 3 | 73,843 |
| 4 | Interest on savings and temporary cash investments | | | | 4 | 21,699 |
| 5 | Dividends and interest from securities | | | | 5 | |
| 6a | Gross rents | | 6a | NA | | |
| b | Less: rental expenses | | 6b | NA | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | | | | 6c | NA |
| 7 | Other investment income (describe ▶ ) | | | | 7 | NA |
| 8a | Gross amount from sales of assets other than inventory | NA | 8a | NA | | |
| b | Less: cost or other basis and sales expenses | NA | 8b | NA | | |
| c | Gain or (loss) (attach schedule) | NA | 8c | NA | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | | 8d | NA |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ ☐ | | | | | |
| a | Gross revenue (not including $ ____ of contributions reported on line 1a) | | 9a | NA | | |
| b | Less: direct expenses other than fundraising expenses | | 9b | NA | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | | | | 9c | NA |
| 10a | Gross sales of inventory, less returns and allowances | | 10a | 351,300 | | |
| b | Less: cost of goods sold | | 10b | 188,746 | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | | 10c | 162,554 |
| 11 | Other revenue (from Part VII, line 103) | | | | 11 | 6,534 |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | | 12 | 1,687,037 |

### Expenses

| Line | Description | Line | Amount |
|---|---|---|---|
| 13 | Program services (from line 44, column (B)) | 13 | 1,072,347 |
| 14 | Management and general (from line 44, column (C)) | 14 | 638,396 |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | 0 |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 17 | 1,710,743 |

### Net Assets

| Line | Description | Line | Amount |
|---|---|---|---|
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | ‹23,706› |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 766,202 |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | ‹22,292› |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 720,204 |

**For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.** Cat. No. 11282Y Form **990** (2005)

Form 990 (2005)                                                                 Page **2**

**Part II** | **Statement of Functional Expenses** — All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. *(See the instructions.)*

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) . (cash $ _____ noncash $ _____) If this amount includes foreign grants, check here ▶ ☐ | 22 | | | ███████ | ███████ |
| 23 Specific assistance to individuals (attach schedule) . . . . . . . . | 23 | 155 | 155 | | |
| 24 Benefits paid to or for members (attach schedule) . . . . . . . . | 24 | | | | |
| 25 Compensation of officers, directors, etc. . . | 25 | 80,000 | | 80,000 | |
| 26 Other salaries and wages . . . . . . . | 26 | 945,218 | 803,432 | 141,786 | |
| 27 Pension plan contributions . . . . . . | 27 | 8,693 | | 8,693 | |
| 28 Other employee benefits . . . . . . | 28 | 73,064 | 53,204 | 19,860 | |
| 29 Payroll taxes . . . . . . . . . . | 29 | 62,742 | 39,561 | 23,181 | |
| 30 ~~Professional fundraising fees~~ Bad Debt | 30 | 357 | | 357 | |
| 31 ~~Accounting fees~~ Professional Fees | 31 | 22,639 | | 22,639 | |
| 32 ~~Legal fees~~ Insurance | 32 | 32,819 | 20,762 | 12,057 | |
| 33 Supplies . . . . . . . . . . . | 33 | 107,112 | 80,838 | 26,274 | |
| 34 Telephone . . . . . . . . . . | 34 | 12,288 | | 12,288 | |
| 35 Postage and shipping . . . . . . | 35 | 25,571 | 7,883 | 17,688 | |
| 36 Occupancy . . . . . . . . . . | 36 | 151,710 | 40,824 | 110,886 | |
| 37 Equipment rental and maintenance . . . | 37 | 12,853 | | 12,853 | |
| 38 Printing and publications . . . . . . | 38 | 41,405 | 13,611 | 27,794 | |
| 39 Travel . . . . . . . . . . . | 39 | 13,964 | 6,685 | 7,279 | |
| 40 Conferences, conventions, and meetings . . | 40 | 13,348 | | 13,348 | |
| 41 Interest . . . . . . . . . . . | 41 | 2,317 | | 2,317 | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 31,659 | | 31,659 | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a Taxes | 43a | 27,534 | | 27,534 | |
| b Miscellaneous | 43b | 12,808 | 5,392 | 7,416 | |
| c Meals | 43c | 5,504 | | 5,504 | |
| d Bank charges & fees | 43d | 26,983 | | 26,983 | |
| e | 43e | | | | |
| f | 43f | | | | |
| g | 43g | | | | |
| 44 Total functional expenses. Add lines 22 through 43. (Organizations completing columns (B)–(D), carry these totals to lines 13–15) . . . . . . . . . | 44 | 1,710,743 | 1,072,347 | 638,396 | |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.
Are any joint costs from a combined educational campaign and fundraising solicitation reported in **(B)** Program services? . ▶ ☐ **Yes** ☐ **No**
If "Yes," enter **(i)** the aggregate amount of these joint costs $ _____; **(ii)** the amount allocated to Program services $ _____;
**(iii)** the amount allocated to Management and general $ _____ ; and **(iv)** the amount allocated to Fundraising $ _____

Form **990** (2005)

**Part III Statement of Program Service Accomplishments** *(See the instructions.)*

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

| What is the organization's primary exempt purpose? ▶ Safety education<br>All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| **a** Traffic & Highway Education - Safe driving classes for 6,700 students in WA & OR. Pilot/Escort Vehicle Operator training for 3,100. Certification for 54 Flagger instructors. Certification for 532 Traffic Control Supervisors for WA & OR. Flagger instructors trained 27,800 flaggers<br>(Grants and allocations $ 0 ) If this amount includes foreign grants, check here ▶ ☐ | 262,463 |
| **b** Industrial Safety & Health - First Aid/CPR & AED instructor certification for 65. Lift truck instructor certification for 86. Safety & Health Specialsit Certification for 26. Health & Safety Techncian Certification for 6. Safety Compliance with OSHA<br>(Grants and allocations $ 0 ) If this amount includes foreign grants, check here ▶ ☐ | 258,391 |
| **c** Motorcycle Safety - Working with the Motorcycle Safety Foundation of the WA Dept of Licensing to train 3,200 basic motorcycle students. Also trained 187 experienced motorcycle students and 130 Sidecar/Trike Motorcycle students<br>(Grants and allocations $ 0 ) If this amount includes foreign grants, check here ▶ ☐ | 512,441 |
| **d** Membership & Public Service - Serving approximately 275 companies in WA, OR, ID & AK with discounts on classes & products. Also quarterly meetings. Traffic Awareness Clinic for under 16 juveniles recieving tickets from King County Superior Court, Juvenille Division for traffic & pedestrian offenses<br>(Grants and allocations $ 0 ) If this amount includes foreign grants, check here ▶ ☐ | 39,052 |
| **e** Other program services (attach schedule)<br>(Grants and allocations $ ) If this amount includes foreign grants, check here ▶ ☐ | |
| **f Total of Program Service Expenses** (should equal line 44, column (B), Program services). . . . . ▶ | 1,072,347 |

Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 **2006**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

Department of the Treasury Internal Revenue Service | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements. | Open to Public Inspection

**A For the 2006 calendar year, or tax year beginning** July 1 **, 2006, and ending** June 30 **, 2007**

**B** Check if applicable: ☐ Address change ☐ Name change ☐ Initial return ☐ Final return ☐ Amended return ☐ Application pending

200706 031630000 29 IB
EVERGREEN SAFETY COUNCIL
401 PONTIUS AVE N
SEATTLE WA 98109-5423

I R S

**D Employer identification number** 91 0599376

**E Telephone number** (206) 382-4090

**F** Accounting method: ☐ Cash ☒ Accrual ☐ Other (specify) ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

H and I are not applicable to section 527 organizations.
H(a) Is this a group return for affiliates? ☐ Yes ☐ No
H(b) If "Yes," enter number of affiliates ▶
H(c) Are all affiliates included? ☐ Yes ☐ No (If "No," attach a list. See instructions.)
H(d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☐ No

**G Website:** ▶ www.esc.org

**J Organization type** (check only one) ▶ ☒ 501(c) ( 3) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than $25,000. A return is not required, but if the organization chooses to file a return, be sure to file a complete return.

I Group Exemption Number ▶

M Check ▶ ☒ if the organization is not required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 2,068,851

**Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances** *(See the instructions.)*

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | | | |
| a | Contributions to donor advised funds | 1a | NA | | |
| b | Direct public support (not included on line 1a) | 1b | NA | | |
| c | Indirect public support (not included on line 1a) | 1c | NA | | |
| d | Government contributions (grants) (not included on line 1a) | 1d | NA | | |
| e | Total (add lines 1a through 1d) (cash $ ____ noncash $ ____ ) | | | 1e | NA |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | | 2 | 1,604,153 |
| 3 | Membership dues and assessments | | | 3 | 75,588 |
| 4 | Interest on savings and temporary cash investments | | | 4 | 21,940 |
| 5 | Dividends and interest from securities | | | 5 | |
| 6a | Gross rents | 6a | NA | | |
| b | Less: rental expenses | 6b | NA | | |
| c | Net rental income or (loss). Subtract line 6b from line 6a | | | 6c | NA |
| 7 | Other investment income (describe ▶ ) | | | 7 | NA |

| Line | Description | (A) Securities | Sub-line | (B) Other |
|---|---|---|---|---|
| 8a | Gross amount from sales of assets other than inventory | | 8a | NA |
| b | Less: cost or other basis and sales expenses | | 8b | NA |
| c | Gain or (loss) (attach schedule) | | 8c | NA |

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| d | Net gain or (loss). Combine line 8c, columns (A) and (B) | | | 8d | NA |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ ☐ | | | | |
| a | Gross revenue (not including $ ____ of contributions reported on line 1b) | 9a | NA | | |
| b | Less: direct expenses other than fundraising expenses | 9b | NA | | |
| c | Net income or (loss) from special events. Subtract line 9b from line 9a | | | 9c | NA |
| 10a | Gross sales of inventory, less returns and allowances | 10a | 363,671 | | |
| b | Less: cost of goods sold | 10b | 206,915 | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule). Subtract line 10b from line 10a | | | 10c | 156,756 |
| 11 | Other revenue (from Part VII, line 103) | | | 11 | 3,499 |
| 12 | **Total revenue.** Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | | 12 | 1,861,936 |
| 13 | Program services (from line 44, column (B)) | | | 13 | 1,163,713 |
| 14 | Management and general (from line 44, column (C)) | | | 14 | 603,612 |
| 15 | Fundraising (from line 44, column (D)) | | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | | 16 | |
| 17 | **Total expenses.** Add lines 16 and 44, column (A) | | | 17 | 1,767,325 |
| 18 | Excess or (deficit) for the year. Subtract line 17 from line 12 | | | 18 | 94,611 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | | 19 | 720,204 |
| 20 | Other changes in net assets or fund balances (attach explanation) | | | 20 | 13,228 |
| 21 | Net assets or fund balances at end of year. Combine lines 18, 19, and 20 | | | 21 | 828,043 |

(Side labels: Revenue — lines 1–12; Expenses — lines 13–17; Net Assets — lines 18–21)

**For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.** Cat. No. 11282Y Form **990** (2006)

**Part II Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. *(See the instructions.)*

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22a Grants paid from donor advised funds (attach schedule) (cash $ ______ noncash $ ______) If this amount includes foreign grants, check here ▶ ☐ | 22a | | | | |
| 22b Other grants and allocations (attach schedule) (cash $ ______ noncash $ ______) If this amount includes foreign grants, check here ▶ ☐ | 22b | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | 45 | 45 | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25a Compensation of current officers, directors, key employees, etc. listed in Part V-A (attach schedule) | 25a | 80,000 | | 80,000 | |
| b Compensation of former officers, directors, key employees, etc. listed in Part V-B (attach schedule) | 25b | | | | |
| c Compensation and other distributions, not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) (attach schedule) | 25c | | | | |
| 26 Salaries and wages of employees not included on lines 25a, b, and c | 26 | 911,894 | 842,387 | 69,507 | |
| 27 Pension plan contributions not included on lines 25a, b, and c | 27 | 8,092 | | 8,092 | |
| 28 Employee benefits not included on lines 25a – 27 | 28 | 69,964 | 54,477 | 15,487 | |
| 29 Payroll taxes | 29 | 56,131 | 43,173 | 12,958 | |
| 30 Professional ~~fundraising~~ fees | 30 | 28,868 | | 28,868 | |
| 31 ~~Accounting fees~~ Bad Debt | 31 | 338 | | 338 | |
| 32 ~~Legal fees~~ Insurance | 32 | 55,104 | 33,863 | 21,241 | |
| 33 Supplies | 33 | 335,145 | 306,507 | 28,638 | |
| 34 Telephone | 34 | 12,360 | | 12,360 | |
| 35 Postage and shipping | 35 | 26,256 | 8,741 | 17,515 | |
| 36 Occupancy | 36 | 157,247 | 39,911 | 117,336 | |
| 37 Equipment rental and maintenance | 37 | 18,298 | | 18,298 | |
| 38 Printing and publications | 38 | 52,500 | 18,719 | 33,781 | |
| 39 Travel | 39 | 19,335 | 6,022 | 13,313 | |
| 40 Conferences, conventions, and meetings | 40 | 14,264 | | 14,264 | |
| 41 Interest | 41 | 1,770 | | 1,770 | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 28,234 | 7,066 | 21,168 | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a Taxes | 43a | 29,621 | | 29,621 | |
| b Miscellaneous | 43b | 34,450 | 9,717 | 24,733 | |
| c Meals | 43c | 7,832 | | 7,832 | |
| d Bank Charges & Fees | 43d | 26,492 | | 26,492 | |
| e | 43e | | | | |
| f | 43f | | | | |
| g | 43g | | | | |
| 44 **Total functional expenses.** Add lines 22a through 43g. (Organizations completing columns (B)–(D), carry these totals to lines 13–15) | 44 | 1,974,240 | 1,370,628 | 603,612 | |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in **(B)** Program services? ▶ ☐ **Yes** ☐ **No**

If "Yes," enter **(i)** the aggregate amount of these joint costs $ ______; **(ii)** the amount allocated to Program services $ ______; **(iii)** the amount allocated to Management and general $ ______; and **(iv)** the amount allocated to Fundraising $ ______

**Part II** **Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. *(See the instructions.)*

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| **22a** Grants paid from donor advised funds (attach schedule) (cash $ ______ noncash $ ______) If this amount includes foreign grants, check here ▶ ☐ | **22a** | | | | |
| **22b** Other grants and allocations (attach schedule) (cash $ ______ noncash $ ______) If this amount includes foreign grants, check here ▶ ☐ | **22b** | | | | |
| **23** Specific assistance to individuals (attach schedule) | **23** | 50 | 50 | | |
| **24** Benefits paid to or for members (attach schedule) | **24** | | | | |
| **25a** Compensation of current officers, directors, key employees, etc. listed in Part V-A | **25a** | 82,400 | | 82,400 | |
| **b** Compensation of former officers, directors, key employees, etc. listed in Part V-B | **25b** | | | | |
| **c** Compensation and other distributions, not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | **25c** | | | | |
| **26** Salaries and wages of employees not included on lines 25a, b, and c | **26** | 1,002,644 | 928,732 | 73,912 | |
| **27** Pension plan contributions not included on lines 25a, b, and c | **27** | 9,391 | 9,391 | | |
| **28** Employee benefits not included on lines 25a – 27 | **28** | 69,418 | 48,344 | 21,074 | |
| **29** Payroll taxes | **29** | 58,356 | 44,789 | 13,567 | |
| **30** Professional XXXXXXX fees | **30** | 52,551 | | 52,551 | |
| **31** XXXXXXXXXX . Bad Debt | **31** | 116 | | 116 | |
| **32** XXXXXX . Insurance | **32** | 47,079 | 37,314 | 9,765 | |
| **33** Supplies | **33** | 141,898 | 116,086 | 25,812 | |
| **34** Telephone | **34** | 11,319 | | 11,319 | |
| **35** Postage and shipping | **35** | 26,498 | 9,674 | 16,824 | |
| **36** Occupancy | **36** | 170,501 | 48,615 | 121,886 | |
| **37** Equipment rental and maintenance | **37** | 35,075 | | 35,075 | |
| **38** Printing and publications | **38** | 71,461 | 31,337 | 40,124 | |
| **39** Travel | **39** | 18,162 | 6,087 | 12,075 | |
| **40** Conferences, conventions, and meetings | **40** | 12,255 | | 12,255 | |
| **41** Interest | **41** | 1,301 | | 1,301 | |
| **42** Depreciation, depletion, etc. (attach schedule) | **42** | 30,408 | | 30,408 | |
| **43** Other expenses not covered above (itemize): **a** Taxes | **43a** | 31,464 | | 31,464 | |
| **b** Miscellaneous | **43b** | 16,917 | 8,348 | 8,569 | |
| **c** Meals | **43c** | 6,172 | | 6,172 | |
| **d** Bank charges & Fees | **43d** | 24,024 | | 24,024 | |
| **e** | **43e** | | | | |
| **f** | **43f** | | | | |
| **g** | **43g** | | | | |
| **44 Total functional expenses.** Add lines 22a through 43g. (Organizations completing columns (B)–(D), carry these totals to lines 13–15) | **44** | 1,919,460 | 1,288,767 | 630,693 | |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.
Are any joint costs from a combined educational campaign and fundraising solicitation reported in **(B)** Program services? ▶ ☐ **Yes** ☐ **No**
If "Yes," enter **(i)** the aggregate amount of these joint costs $ ______; **(ii)** the amount allocated to Program services $ ______; **(iii)** the amount allocated to Management and general $ ______; and **(iv)** the amount allocated to Fundraising $ ______

**Part III** **Statement of Program Service Accomplishments** *(See the instructions.)*

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

| What is the organization's primary exempt purpose? ▶ Safety education<br>All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| **a** Traffic & Highway education: Safe driving classes for 9,938 students in WA & OR. Pilot/Escort Vehicle Operator training for 1,501. Certification for 172 Flagger instructors and 28,165 flaggers. Certification for 475 Traffic Control Supervisors for WA & OR. Held annual WA Traffic Safety Conference. Provide On-site training for organizations.<br>(Grants and allocations $ ) If this amount includes foreign grants, check here ▶ ☐ | 321,583 |
| **b** Industrial Safety & Health: First Aid/CPR &AED Instructor certification for 128. Training for 17,572 first aid students. Lifttruck instructor certification for 115. Safety & Health Specialist Certification for 19. Health & Safety Technician certification for 24. Safety compliance with OSHA. Provide On-site training for organizations.<br>(Grants and allocations $ ) If this amount includes foreign grants, check here ▶ ☐ | 336,502 |
| **c** Motorcyle Safety - Working with the WA Motorcycle Safety Program for the WA Dept of Licensing to train 3,262 novice motorcycle students. Also trained 310 intermediate students and 171 sidecar/trike motorcycle students. The sidecar program is owned by the Evergreen Safety Council.<br>(Grants and allocations $ ) If this amount includes foreign grants, check here ▶ ☐ | 578,912 |
| **d** Membership & Public Service - Serving approximately 275 companies in WA, OR, ID & AK with discounts on classes & products. Quarterly meetins & safety support. Traffic Awareness Clinic for under 16 year old juveniles receiving tickets from King County Superior Court, Juvenille division for traffic & pedestrain offenses.<br>(Grants and allocations $ ) If this amount includes foreign grants, check here ▶ ☐ | 51,770 |
| **e** Other program services (attach schedule)<br>(Grants and allocations $ ) If this amount includes foreign grants, check here ▶ ☐ | |
| **f** **Total of Program Service Expenses** (should equal line 44, column (B), Program services). . . . . ▶ | 1,288,767 |

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2008**

**Open to Public Inspection**

A For the 2008 calendar year, or tax year beginning July 1, 2008, and ending June 30, 20 09

B Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Termination
- ☐ Amended return
- ☐ Application pending

Please use IRS label or print or type. See Specific Instructions.

C Name of organization: Evergreen Safety Council
Doing Business As
Number and street (or P.O. box if mail is not delivered to street address): 401 Pontius Ave N | Room/suite
City or town, state or country, and ZIP + 4: Seattle, WA 98109-5423

D Employer identification number: 91 0599376
E Telephone number: ( 206 ) 382-4090
G Gross receipts $

F Name and address of principal officer: Thomas E Odegaard, 12335 Upper Preston Rd S E Issaquah, WA 98027

H(a) Is this a group return for affiliates? ☐ Yes ☑ No
H(b) Are all affiliates included? ☐ Yes ☑ No
If "No," attach a list. (see instructions)
H(c) Group exemption number ▶

I Tax-exempt status: ☑ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

J Website: ▶ www.esc.org

K Type of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | L Year of formation: 1935 | M State of legal domicile: WA

## Part I Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities: Provide safety trailing for companies and individuals in the areas of first aid, traffic safety, driving safety, construction and occupational safety.

2 Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its assets.

| Line | Description | Box | Value |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 11 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 0 |
| 5 | Total number of employees (Part V, line 2a) | 5 | 19 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 0 |
| 7a | Total gross unrelated business revenue from Part VIII, line 12, column (C) | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 34 | 7b | 0 |

| | Line | Description | Prior Year | Current Year |
|---|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) | 0 | 178,846 |
| | 9 | Program service revenue (Part VIII, line 2g) | 1,750,405 | 1,620,486 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 30,692 | 18,788 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 178,018 | 144,645 |
| | 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,959,115 | 1,962,765 |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 0 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 1,173,853 | 807,625 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶ | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 745,607 | 1,162,966 |
| | 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 1,919,460 | 1,970,591 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | 39,655 | <7,826> |
| | | | **Beginning of Year** | **End of Year** |
| Net Assets or Fund Balances | 20 | Total assets (Part X, line 16) | 1,073,349 | 1,016,797 |
| | 21 | Total liabilities (Part X, line 26) | 188,166 | 198,462 |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 885,183 | 818,335 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

▶ Thomas E. Odegaard — Signature of officer — Date: 11/13/2009

▶ Thomas E. Odegaard, President/Executive Director — Type or print name and title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's identifying number (see instructions)

Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ | EIN ▶ | Phone no. ▶ ( )

May the IRS discuss this return with the preparer shown above? (see instructions) ☐ Yes ☐ No

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions. Cat. No. 11282Y Form **990** (2008)

Mailed 11-11-09

**Part III Statement of Program Service Accomplishments** (see instructions)

1 Briefly describe the organization's mission:
To prevent accidental deaths and injuries by being a resource for safety training, consulting and information for businesses and citizens of Washington State and the Greater Northwest. To improve safety in the workplace, on the highway, at home and at play.

2 Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? ☐ Yes ☑ No
If "Yes," describe these new services on Schedule O.

3 Did the organization cease conducting, or make significant changes in how it conducts, any program services? ☐ Yes ☑ No
If "Yes," describe these changes on Schedule O.

4 Describe the exempt purpose achievements for each of the organization's three largest program services by expenses. Section 501(c)(3) and 501(c)(4) organizations and section 4947(a)(1) trusts are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

4a (Code: ) (Expenses $ 285,394 including grants of $ 120,708 ) (Revenue $ 361,232 )
HIGHWAY SAFETY - Training 70 Flagger instructors in Washington and Idaho. Sold 29,534 Flagger Handbooks in Washington, Oregon and Idaho which represents an approximate number of flagger students trained in these states. Provided Flagger training 54 times at the company's locations. Certified 540 Traffic Control Supervisors in Washingto Oregon and Idaho. Provided Traffic Control Supervisor training 11 times at the company's location. Certified 67 Pilot/Escort Vehicle Operator instructors. Sold 2,444 Pilot/Escort kits which approximately represents the number of students trained as Pilot/Escorts Vehicle Operators. Pilot/Escort Vehicle Operator training was provided 12 times at the company's location

4b (Code: ) (Expenses $ 593,287 including grants of $ 0 ) (Revenue $ 809,067 )
MOTORCYCLE SAFETY - Taught 3,734 students in the Novice Motorcycle Safety class. Taught 413 students in the Intermediate Motorciye Safety class. Classes were held in Seattle, Renton, Kirkland and Kent Washington. Taught 181 students in the Sidecar/Trike Motorcycle Safety class. Classes were held in Moses Lake & Spokane Washington. Sidecar/Trike Motorcycle Instructor classes were held in Florida and Seattle, Washington. A total of 29 instructors were trained.

4c (Code: ) (Expenses $ 315,843 including grants of $ 0 ) (Revenue $ 357,690 )
OCCUPATIONAL SAFETY & HEALTH - Certified 42 Safety & Health Specialist including 18 in Dutch Harbor, Alaska. This program consists of 15 classes taken over a 6 month period. Provided training on various safety & health topics 58 times at the company's location. Certified 10 Health & Safety Technicians. This program consists of 13 classes taken over a 6 month period. Certified 74 Forklift instructors. Certified 61 First Aid/CPR instructors. Sold 11,477 First Aid student guides which approximately represents the number of students trained in First Aid/CPR. Taught First/Aid/CPR 85 times at the company's location.

4d Other program services. (Describe in Schedule O.)
(Expenses $ 163,120 including grants of $ 0. ) (Revenue $ 150,635 )

4e **Total program service expenses** ▶ $ 1,357,644 *(Must equal Part IX, Line 25, column (B).)*

Form **990** | Department of the Treasury Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047 | **2009** | Open to Public Inspection

**A** For the 2009 calendar year, or tax year beginning July 1, 2009, and ending June 30, 20 10

**B** Check if applicable: ☐ Address change ☐ Name change ☐ Initial return ☐ Terminated ☐ Amended return ☐ Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization: Evergreen Safety Council
Doing Business As
Number and street (or P.O. box if mail is not delivered to street address): 401 Pontius Ave N — Room/suite
City or town, state or country, and ZIP + 4: Seattle, WA 98109-5423

**D** Employer identification number: 91 : 0599376
**E** Telephone number: ( 206 ) 382-4090
**G** Gross receipts $ 1,805,950

**F** Name and address of principal officer: Thomas E Odegaard 12335 Upper Preston Rd SE Issaq

H(a) Is this a group return for affiliates? ☐ Yes ☑ No
H(b) Are all affiliates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)
H(c) Group exemption number ▶

**I** Tax-exempt status: ☑ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ www.esc.org

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1935 | **M** State of legal domicile: WA

## Part I Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities: Provide safety training for companies and individuals in the areas of first aid, traffic safety, driving safety, construction and occupational safety.

2 Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 12 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 11 |
| 5 | Total number of employees (Part V, line 2a) | 5 | 18 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 0 |
| 7a | Total gross unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 34 | 7b | 0 |

| | | | Prior Year | Current Year |
|---|---|---|---|---|
| **Revenue** | 8 | Contributions and grants (Part VIII, line 1h) | 178,846 | 55,958 |
| | 9 | Program service revenue (Part VIII, line 2g) | 1,620,486 | 1,547,537 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 18,788 | 13,933 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 144,645 | 188,522 |
| | 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,962,765 | 1,805,950 |
| **Expenses** | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 0 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 807,625 | 773,722 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶ | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 1,162,966 | 1,187,976 |
| | 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 1,970,591 | 1,961,698 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | -7,826 | -155,748 |
| | | | **Beginning of Current Year** | **End of Year** |
| **Net Assets or Fund Balances** | 20 | Total assets (Part X, line 16) | 1,016,797 | 850,190 |
| | 21 | Total liabilities (Part X, line 26) | 198,462 | 154,031 |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 818,335 | 696,159 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

▶ [signature] 11/09/2010
Signature of officer — Date

▶ Thomas E Odegaard, President/Executive Director
Type or print name and title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's identifying number (see instructions)

Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ | EIN ▶ | Phone no. ▶ ( )

May the IRS discuss this return with the preparer shown above? (see instructions) ☐ Yes ☐ No

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions. Cat. No. 11282Y Form **990** (2009)

Form 990 (2009) Page 2

## Part III Statement of Program Service Accomplishments

1 Briefly describe the organization's mission:
To prevent accidental deaths and injuries by being a resource for safety training, consulting and information for businesses and citizens of Washington State and the Greater Northwest. To improve safety in the workplace, on the highway, at home and at play

2 Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? ☐ Yes ☑ No
If "Yes," describe these new services on Schedule O.

3 Did the organization cease conducting, or make significant changes in how it conducts, any program services? ☐ Yes ☑ No
If "Yes," describe these changes on Schedule O.

4 Describe the exempt purpose achievements for each of the organization's three largest program services by expenses. Section 501(c)(3) and 501(c)(4) organizations and section 4947(a)(1) trusts are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

4a (Code: 611430 ) (Expenses $ 306,960 including grants of $ ) (Revenue $ 489,234 )
Highway Safety - Training 138 Flagger Instructor in Washington & Idaho. Sold 28,644 Flagger Handbooks in Washington, Oregon and Idaho which represents an approximate number of flagger students trained in these states. Provided Flagger training 46 times at the client's location. Certified 445 Traffic Control Supervisors in Washington, Oregon and Idaho. Provided Traffic Control Supervisor training 32 times at the client's location. Certified 14 Pilot/Escort Vehicle Operator Instructors. Sold 1896 Pilot/Escort Kits which approximately represents the number of students trained as Pilot/Escort Vehicle Operators. Pilot/Escort Vehicle Operator training was provided 4 times at the client's location.

4b (Code: 611430 ) (Expenses $ 666,473 including grants of $ ) (Revenue $ 858,687 )
Motorcycle Safety - Taught 3895 students in the Novice Motorcycle Safety class. Taught 217 students in the Intermediate Motorcycle Safety class. Classes were held in South Seattle, Kirkland, Renton, and SeaTac Washington Taught 205 students in the Sidecar/Trike Motorcycle Safety class. Classes were held in Moses Lake, Vancouver, Yakima and Seattle Washington.

4c (Code: 611430 ) (Expenses $ 392,009 including grants of $ ) (Revenue $ 427,868 )
Occupational Safety & Health - Certified 9 Safety & Health Specialists. This program consists of 15 classes taken over a 6 month period and was offered twice. Provided training on various safety & health topics 50 times at the client's location. Certified 4 Health & Safety Technicians. This program consists of 13 classes taken over a 6 month period. Certified 78 Forklift Instructors. Certified 138 First Aid/CPR Instructors. Sold 6323 First aid Student Guides. Sold 9927 first aid participant cards which approximately represents the number of students trained in First Aid/CPR. Taught First aid/CPR 19 times at the client's location.

4d Other program services. (Describe in Schedule O.)
(Expenses $ 135,730 including grants of $ ) (Revenue $ 126,158 )

4e Total program service expenses ▶ 1,501,172

Form 990 (2009)